UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Document # **6**

------------------------------------------------------------

*Pettus*

-v-

*County Clerk's Office, et al*

------------------------------------------------------------

USCA NO. _____

SDNY NO. _07cv5876_

JUDGE: _DAB_

DATE: _July 24, 2007_

[Stamp: JUL 24 2007]

### INDEX TO THE RECORD ON APPEAL

PREPARED BY (NAME) _____THOMAS PISARCZYK_____
                FIRM _____APPEALS SECTION_____
         ADDRESS _UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NY_
                 _500 PEARL STREET, NEW YORK, NEW YORK 10007_
         PHONE NO. _____(212) 805-0636_____

DISTRICT COURT DOCKET ENTRIES ------------------------------------------------

DOCUMENTS                                                           DOC#

_____
                       Clerk's Certificate
_____
                 See Attached List of Numbered Documents
_____

(X) Original Record                              (___) Supplemental Record

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the _24th_ Day of _July_, 2007.

**United States District Court for the Southern District of New York**

Date: July 24, 2007

U.S.C.A. # _____

-------------------------------------------------

Pettus

-V-

County Clerk's Office, et al

-------------------------------------------------

U.S.D.C. # 07cv5876

D.C. JUDGE DAB

## Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered __1__ Through __5__, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

**Date Filed**              **Document Description**

_____
_____
_____
_____
_____
_____
_____
_____

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this 24th Day of July In this year of our Lord, Two Thousand and Seven, and the Independence of the United States this 232ND year.

J. Michael McMahon, Clerk

By _____
        Deputy Clerk

APPEAL

U.S. District Court
United States District Court for the Southern District of New York (Foley Square)
CIVIL DOCKET FOR CASE #: 1:07-cv-05876-DAB
Internal Use Only

| | |
|---|---|
| Pettus v. County Clerk's Office et al<br>Assigned to: Judge Deborah A. Batts<br>Cause: 42:1983 Civil Rights Act | Date Filed: 06/21/2007<br>Jury Demand: Plaintiff<br>Nature of Suit: 550 Prisoner: Civil Rights<br>Jurisdiction: Federal Question |

| Date Filed | # | Docket Text |
|---|---|---|
| 06/20/2007 | 1 | DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS. Document filed by James Pettus.(mbe) (Entered: 07/03/2007) |
| 06/20/2007 | 2 | COMPLAINT against Kings County, John Does("ALL" Kings County), Jane Does("ALL" Kings County), Chief Clerk, County Clerk's Office, Clerk, John Doe, Jane Does("ALL" New York County), Laura Johnson Liberman Cohen, John Does("ALL" New York County). Document filed by James Pettus.(mbe) (Entered: 07/03/2007) |
| 06/21/2007 | | Magistrate Judge Henry B. Pitman is so designated. (mbe) (Entered: 07/03/2007) |
| 06/21/2007 | 3 | ORDER OF DISMISSAL I direct the Clerk of Court to assign a docket number to this action, but dismiss the complaint for the following reasons. Accordingly, the complaint is dismissed for failure to allege that plaintiff is under imminent danger of serious physical injury. Plaintiff continues to be barred from filing any civil action under the in forma pauperis statue while he is a prisoner, unless his allegations bring his complaint within the terms of the statute's "imminent danger" exception. I certify pursuant to 28 U.S.C. 1915(a)(3) that any appeal from this order would not be taken in good faith. (Signed by Judge Deborah A. Batts on 6/21/2007) (mbe) (Entered: 07/03/2007) |
| 06/21/2007 | 4 | JUDGMENT. Ordered, Adjudged and Decreed: That the complaint be and is hereby dismissed for failure to allege that plaintiff is under imminent danger of serious physical injury. 28 U.S.C. 1915(g). Plaintiff continues to be barred from filing ant civil action under the in forma pauperis statute while he is a prisoner, unless his allegations bring his complaint within the term of the statute's "imminent danger" exception. I certify pursuant to 28 U.S.C. 1915(a)(3)that any appeal from the Court's order will not be taken in good faith. (Signed by Judge Kimba M. Wood on 6/21/2007) (mbe) (Entered: 07/03/2007) |
| 07/06/2007 | 5 | NOTICE OF APPEAL from [4] Judgment - Sua Sponte (Complaint). Document filed by James Pettus. (tp) (Entered: 07/20/2007) |
| 07/06/2007 | | Appeal Remark as to [5] Notice of Appeal filed by James Pettus. $455.00 APPEAL FEE DUE. IFP REVOKED 6/21/07. (tp) (Entered: 07/20/2007) |
| 07/20/2007 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: [5] Notice of Appeal. (tp) (Entered: 07/20/2007) |
| 07/20/2007 | | Transmission of Notice of Appeal to the District Judge re: [5] Notice of Appeal. (tp) (Entered: 07/20/2007) |