MANDATE

S.D.N.Y.–N.Y.C.
07-cv-5876
Batts, J.

# United States Court of Appeals
## FOR THE
### SECOND CIRCUIT



UNITED STATES COURT OF APPEALS
FILED
JAN – 4 2008
Catherine O'Hagan Wolfe, Clerk
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 4th day of January, two thousand and eight.

Present:

    Hon. Dennis Jacobs,
        *Chief Judge,*
    Hon. Guido Calabresi,
    Hon. Rosemary S. Pooler,
        *Circuit Judges.*

James Pettus,

        *Plaintiff-Appellant,*

    v.                                                            07-3175-pr

County Clerk's Office, Chief Clerk, *et al.*,

        Defendants-*Appellees.*

Appellant, *pro se,* moves for leave to proceed *in forma pauperis,* appointment of counsel, and transcripts. Upon due consideration, it is hereby ORDERED that the motions are DENIED and the

SAO-MAG

‾ISSUED AS MANDATE: 2/19/08 D.B.‾

appeal is DISMISSED because it lacks an arguable basis in law or fact. *See Neitzke v. Williams*, 490 U.S. 319, 325 (1989); 28 U.S.C. § 1915(e).

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

By: *Lucille Carr*

JAN 4 – 2008

SAO-MAG

2

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk

by

DEPUTY CLERK